**STATE of Missouri, Respondent,**

v.

**William BRADFORD, Appellant.**

No. WD 42599.

Missouri Court of Appeals,
Western District.

April 9, 1991.

Judith C. LaRose, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and BRECKENRIDGE, JJ.

PER CURIAM:

### ORDER

Appeal from conviction for possession of cocaine, a Schedule II controlled substance, § 195.020, RSMo 1986, and sentence to two and one-half years imprisonment.

Judgment affirmed. Rule 30.25(b).